STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11249   AND FILED ON   12/14/2007

SELIM ZHERKA, ET AL                           Plaintiff(s)/Petitioner(s)
                        Vs.
TOWN OF NEW CASTLE, NEW YORK, ET AL           Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/2/2008 at 2:30PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: TOWN OF NEW CASTLE, NEW YORK                 (herein called recipient) therein named.
At Location: 200 SOUTH GREELEY AVENUE
             CHAPPAQUA NY

By delivering to and leaving with PAT ANTONUCCI and that deponent knew the person so served to be the DEPUTY RECEIVER OF TAXES of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM        Color of Skin WH      Color of Hair BLOND
Age 35/40     Height 5'4"
Weight 125            Other Features

Sworn to before me on 1/3/2008

_Gary Williams_
Server's License#:

20/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11249   AND FILED ON   12/14/2007

SELIM ZHERKA, ET AL   Plaintiff(s)/Petitioner(s)
Vs.
TOWN OF NEW CASTLE, NEW YORK, ET AL   Defendant(s)/Respondent(s)

STATE OF: NEW YORK      )
                                            ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/2/2008 at 2:30PM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD POLCARI, CODE ENFORCEMENT OFFICER  (herein called recipient) therein named.
At Location: 200 SOUTH GREELEY AVENUE
             CHAPPAQUA NY

By delivering to and leaving with PAT ANTONUCCI, DEPUTY RECEIVER OF TAXES a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 1/3/08, deponent completed service by depositing a copy of the SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: WH   Color of Hair: ---   BLOND
Age: 35/40   Height: 5'4"   Weight: 125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 1/3/2008
_Gary Williams_ (signature)           _Gary Williams_ (signature)
                                       Server's License#: