UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SELIM ZHERKA and RICHARD BLASSBERG,

                Plaintiffs,

-against-

TOWN OF NEW CASTLE, New York, and
RICHARD POLCARI, individually,

                Defendants.
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 11249 (CLB)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       February 6, 2008

                              MIRANDA SOKOLOFF SAMBURSKY
                              SLONE VERVENIOTIS, LLP
                              Attorneys for Defendants

                              By: _____
                                  BRIAN S. SOKOLOFF (bss-7147)
                              240 Mineola Boulevard
                              The Esposito Building
                              Mineola, New York 11501
                              (516) 741-7676
                              Our File No. 07-382

TO: LOVETT & GOULD, LLP
222 Bloomingdale Road
White Plains, New York 10605