UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SELIM ZHERKA and RICHARD BLASSBERG,

                Plaintiffs,

    -against-

TOWN OF NEW CASTLE, New York, and
RICHARD POLCARI, individually,

                Defendants.
-----------------------------------------------------------------x

**ANSWER**

Docket No.
07 Civ. 11249 (CLB)

      Defendants, by their attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, as and for their answer to the complaint in the above-captioned matter, sets forth as follows:

    1.     Deny the allegations contained in ¶ "1" of the complaint, and refer all questions of law to the Court for adjudication.

    2.     Deny the allegations contained in ¶ "2" of the complaint, and refer all questions of law to the Court for adjudication.

    3.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "3" of the complaint.

    4.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ "4" of the complaint.

    5.     Deny the allegations contained in ¶ "5" of the complaint.

    6.     Admit the allegations contained in ¶ "6" of the complaint.

    7.     Deny the allegations contained in ¶ "7" of the complaint, and refer all questions of law to the Court for adjudication.

8.    Deny the allegations contained in ¶ "8" of the complaint, and refer all questions of law to the Court for adjudication.

9.    Deny the allegations contained in ¶ "9" of the complaint.

10.    Deny the allegations contained in ¶ "10" of the complaint, and refer all questions of law to the Court for adjudication.

## FIRST CLAIM

11.    As and for a response to the allegations contained in ¶ "11" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

12.    Deny the allegations contained in ¶ "12" of the complaint, and refer all questions of law to the Court for adjudication.

## SECOND CLAIM

13.    As and for a response to the allegations contained in ¶ "13" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

14.    Deny the allegations contained in ¶ "14" of the complaint, and refer all questions of law to the Court for adjudication.

## THIRD CLAIM

15.    As and for a response to the allegations contained in ¶ "15" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

16.    Deny the allegations contained in ¶ "16" of the complaint, and refer all questions of law to the Court for adjudication.

2

**FOURTH CLAIM**

17.     As and for a response to the allegations contained in ¶ "17" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

18.     Deny the allegations contained in ¶ "18" of the complaint, and refer all questions of law to the Court for adjudication.

**FIFTH CLAIM**

19.     As and for a response to the allegations contained in ¶ "19" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

20.     Deny the allegations contained in ¶ "20" of the complaint, and refer all questions of law to the Court for adjudication.

**SIXTH CLAIM**

21.     As and for a response to the allegations contained in ¶ "21" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

22.     Deny the allegations contained in ¶ "22" of the complaint, and refer all questions of law to the Court for adjudication.

**SEVENTH CLAIM**

23.     As and for a response to the allegations contained in ¶ "23" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

24.    Deny the allegations contained in ¶ "24" of the complaint, and refer all questions of law to the Court for adjudication.

## EIGHTH CLAIM

25.    As and for a response to the allegations contained in ¶ "25" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

26.    Deny the allegations contained in ¶ "26" of the complaint, and refer all questions of law to the Court for adjudication.

## NINTH CLAIM

27.    As and for a response to the allegations contained in ¶ "27" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

28.    Deny the allegations contained in ¶ "28" of the complaint, and refer all questions of law to the Court for adjudication.

## TENTH CLAIM

29.    As and for a response to the allegations contained in ¶ "29" of the complaint, defendants repeat and reallege their responses to the allegations contained in ¶¶ "1" through "10" of the complaint, as though they were fully set forth herein.

30.    Deny the allegations contained in ¶ "30" of the complaint, and refer all questions of law to the Court for adjudication.

## FIRST AFFIRMATIVE DEFENSE

31.    Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

32.    Plaintiff's complaint is barred by the statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

33.    The individual defendant is protected by qualified immunity.

## FOURTH AFFIRMATIVE DEFENSE

34.    Plaintiff lacks standing.

## FIFTH AFFIRMATIVE DEFENSE

35.    This case, in whole or in part, is not ripe.

## SIXTH AFFIRMATIVE DEFENSE

36.    This case, in whole or in part, does not present a case or controversy.

## SEVENTH AFFIRMATIVE DEFENSE

37.    The challenged legislation represents a reasonable time, place, and manner regulation.

## EIGHTH AFFIRMATIVE DEFENSE

38.    Plaintiff cannot identify any similarly situated persons or entities that are treated more favorably under the challenged legislation.

## NINTH AFFIRMATIVE DEFENSE

39.    The fees charged under the subject legislation are related to the costs of administering the law.

## TENTH TH AFFIRMATIVE DEFENSE

40.    Plaintiff's constitutional rights were not deprived pursuant to a policy, practice, custom, or procedure of the Town of New Castle.

Dated: Mineola, New York
      February 6, 2008

                      MIRANDA    SOKOLOFF    SAMBURSKY
                      SLONE VERVENIOTIS, LLP
                      Attorneys for Defendants

                      By:_____
                          BRIAN S. SOKOLOFF (bss-7147)
                      240 Mineola Boulevard
                      The Esposito Building
                      Mineola, New York 11501
                      (516) 741-7676
                      Our File No. 07-382

TO:    LOVETT & GOULD, LLP
       222 Bloomingdale Road
       White Plains, New York 10605

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                              ) s.s.:

COUNTY OF NASSAU    )

       **MERLISA ANDREWS,** being duly sworn, deposes and says that deponent is not a party

to the action, is over 18 years of age and resides in Jamaica, New York.

       That on February 7, 2008, deponent served the within **ANSWER** upon:

               LOVETT & GOULD, LLP
               222 Bloomingdale Road
               White Plains, NY 10605

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same

enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive

care and custody of the United States Post Office Department within the State of New York.

                                                  **MERLISA ANDREWS**

Sworn to before me this 7th day
Of February, 2008.

_____
NOTARY PUBLIC

                         **BRIAN S. SOKOLOFF**
               **Notary Public, State of New York**
                 **No. 02SO4914710**
               **Qualified in Queens County**
          **Commission Expires November 23, 2009**