UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SELIM ZHERKA and RICHARD BLASSBERG,

                Plaintiffs,

-against-

THE TOWN OF NEW CASTLE, NEW YORK, and
RICHARD POLCARI, individually,

                Defendants.
------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

Docket No.
07 Civ. 11429 (CLB)
11249

**IT IS HEREBY STIPULATED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued without prejudice as against all defendants, without costs to any party as against another.

**IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

Dated:      Mineola, New York
               May 30, 2008

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____ (4854)
     JONATHAN LOVETT ( )

SO-ORDERED:
_____
U.S.D.J.

6-12-08

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07/382

By: _____
     BRIAN S. SOKOLOFF (bss-7147)